# U.S. District Court
# United States District Court for the Western District of Washington (Tacoma)
# CRIMINAL DOCKET FOR CASE #: 3:24-cr-05135-DGE-1

| | |
|---|---|
| Case title: USA v. LePage | Date Filed: 06/04/2024 |
| Other court case number: 3:21CR00054-002-IM District of Oregon | Date Terminated: 06/04/2024 |

Assigned to: U.S. District Judge David G Estudillo

**Defendant (1)**

| | | |
|---|---|---|
| **Torin LePage**<br>*TERMINATED: 06/04/2024* | represented by | **John Robert Carpenter**<br>FEDERAL PUBLIC DEFENDER'S OFFICE (TAC)<br>1331 BROADWAY<br>STE 400<br>TACOMA, WA 98402<br>253-593-6710<br>Fax: 253-593-6714<br>Email: john_carpenter@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Crystal C Correa**<br>US ATTORNEY'S OFFICE (SEA)<br>700 STEWART ST<br>STE 5220<br>SEATTLE, WA 98101-1271<br>206-553-7970<br>Email: crystal.correa@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney*<br><br>**Marci L. Ellsworth**<br>US ATTORNEY'S OFFICE (SEA)<br>700 STEWART ST<br>STE 5220<br>SEATTLE, WA 98101-1271<br>253-428-3819<br>Email: marci.ellsworth@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/04/2024 | 1 | ORDER GRANTING TRANSFER OF PROBATION JURISDICTION as to Torin LePage by District Judge Tiffany M. Cartwright. Probation Jurisdiction is transferred from the District of Oregon - Portland Division, Case #3:21CR00054-002-IM. (cc: USPO, Fin., Oregon) (AMD) (Entered: 06/04/2024) |
| 06/04/2024 | 2 | Probation Documents Received from the District of Oregon (Portland) as to defendant Torin LePage: Docket Sheet, Indictment (unsealed), Plea Agreement, Judgment and Amended Judgment. (Attachments: # 1 Indictment, # 2 Plea Agreement, # 3 Judgment, # 4 Amended Judgment)(AMD) (Entered: 06/04/2024) |
| 06/24/2024 |   | Case as to Torin LePage Reassigned to U.S. District Judge David G Estudillo. (MW) (cc: USPO) (Entered: 06/24/2024) |
| 07/11/2024 | 3 | ORDER/REPORT ON PERSON UNDER SUPERVISION (12A) as to Torin LePage by U.S. District Judge David G. Estudillo. (cc: USPO); (MGC) (Entered: 07/11/2024) |
| 07/31/2024 | 4 | ORDER/PETITION FOR SUMMONS FOR PERSON UNDER SUPERVISION (12C) as to Torin LePage by U.S. District Judge David G Estudillo. Initial Appearance on Revocation Proceedings set for 8/20/2024 at 10:00 AM in D Courtroom before Judge David W. Christel. (MW) (cc: USMO, USPO, CJA, Mag Team, AUSA) (Entered: 07/31/2024) |
| 08/06/2024 | 7 | NOTICE OF ATTORNEY APPEARANCE Crystal C Correa appearing for USA. (Correa, Crystal) (Entered: 08/06/2024) |
| 08/07/2024 | 9 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER appointing John Robert Carpenter for Torin LePage by Judge David W. Christel. (Attachments: # 1 Notice of Assignment)(KEB) (Entered: 08/07/2024) |
| 08/08/2024 | 10 | NOTICE OF RESCHEDULED HEARING as to Torin LePage by agreement of parties. (cc: USPO, PTS, USMO) |

| | | |
|---|---|---|
| | | Initial Appearance on Revocation Proceedings set for 8/21/2024 at 01:00 PM in D Courtroom before Judge David W. Christel. (KEB) (Entered: 08/08/2024) |
| 08/21/2024 | 12 | Minute Entry for proceedings held before Judge David W. Christel- CRD: *Kim Brye*; AUSA: *Crystal Correa*; Def Cnsl: *John Carpenter*; USPO: *Sarah Cavendish for Ashley Hansen*; Time of Hearing: *1:00 PM*; Courtroom: *D*; Session #: *TAC240821*; **INITIAL APPEARANCE RE REVOCATION OF SUPERVISED RELEASE** as to Torin LePage held on 8/21/2024. Defendant present with counsel. Defendant advised of/DENIED violations #1-#2. Government/USPO request appearance bond. Defense objects. Court hears argument. Defendant placed on bond.<br>Evidentiary Hearing on Revocation of Supervised Release set for 9/5/2024 at 10:00 AM in Courtroom B before U.S. District Judge David G Estudillo. (KEB) (Entered: 08/21/2024) |
| 08/21/2024 | 13 | Appearance Bond Entered as to Torin LePage (1) Bond with standard and special conditions. (cc: PTS/USPO/USMO) (KEB) (Entered: 08/21/2024) |
| 08/26/2024 | 14 | ORDER/SUPPLEMENTAL PETITION FOR PERSON UNDER SUPERVISION (12C) as to Torin LePage by U.S. District Judge David G. Estudillo. (cc: USPO, CJA) (MGC) (Entered: 08/26/2024) |
| 08/26/2024 | 16 | NOTICE OF RESCHEDULED HEARING as to Torin LePage: Evidentiary Hearing on Revocation of Supervised Release is reset for 9/11/2024 at 11:00 AM in Courtroom B before U.S. District Judge David G. Estudillo. (cc: USPO, PTS, USMO) (MGC) (Entered: 08/26/2024) |
| 09/09/2024 | 18 | DISPOSITION MEMORANDUM re Supervised Release Violations by Torin LePage (Carpenter, John) (Entered: 09/09/2024) |
| 09/11/2024 | 19 | Minute Entry for proceedings held before U.S. District Judge David G. Estudillo- CRD: *Gretchen Craft*; AUSA: *Crystal Correa*; Def Cnsl: *John Carpenter*; USPO: *Kayli Eacrett for Ashley Hansen*; Court Reporter: *Crystal McAuliffe*; Time of Hearing: *11:00*; Courtroom: *B*; **SUPERVISED RELEASE VIOLATION HEARING** as to Torin LePage held on 9/11/2024. Government withdraws allegations 3 & 4. Defendant admits violations 1 & 2. Court accepts the recommendations of counsel and the USPO to continue Mr. LePage on the current term and conditions of supervision. (MGC) (Entered: 09/11/2024) |
| 12/09/2024 | 20 | ORDER/REPORT ON PERSON UNDER SUPERVISION (12A) as to Torin LePage by U.S. District Judge David G. Estudillo. (cc: USPO); (MGC) (Entered: 12/09/2024) |
| 01/28/2025 | 21 | ORDER/REPORT ON PERSON UNDER SUPERVISION (12A) as to Torin LePage by U.S. District Judge David G. Estudillo. (cc: USPO); (MGC) (Entered: 01/28/2025) |
| 05/05/2025 | 23 | ORDER/REPORT ON PERSON UNDER SUPERVISION (12A) as to Torin LePage by U.S. District Judge David G. Estudillo. (cc: USPO); (MGC) (Entered: 05/05/2025) |
| 05/06/2025 | 24 | NOTICE OF ATTORNEY APPEARANCE Marci L. Ellsworth appearing for USA. (Ellsworth, Marci) (Entered: 05/06/2025) |